■

Charles W. LACEFIELD, Petitioner-Appellant,

v.

Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.

No. 31022
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 10, 1972.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

---

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. The questions presented upon this appeal are whether the district court erred in holding that the appellant's three-year state sentence for assault with intent to murder did not amount to a vague or indefinite sentence because it was made to run consecutively with a previously imposed fifty-year sentence, which was in the process of being appealed; and (2) that the imposition of consecutive sentences does not constitute cruel and unusual punishment.

■

James X. JOHNSON, Jr., Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.

No. 71–3134.**

United States Court of Appeals,
Fifth Circuit.

Jan. 31, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed.[1a]  See Local Rule 21.[2a]

---

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

** It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir., 1969, 412 F.2d 981.

1a. Haskew v. Wainwright, 5th Cir., 1970, 429 F.2d 525.

2a. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.